COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Michele O. Miller and Robert H. Steelhammer v. Green Bank, N.A.

Appellate case number:    01-18-00070-CV

Trial court case number:   2016-25547A

Trial court:                    281st District Court of Harris County

On February 5, 2019, this Court abated the appeal because appellant, Robert H. Steelhammer, petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, under case number 18-30385. *See* TEX. R. APP. P. 8.2. Through the Public Access to Court Electronic Records (PACER) system, this Court has learned that the bankruptcy case was closed on October 8, 2019.

Unless any party to the appeal files a response **by February 5, 2021,** indicating that the parties no longer wish to dismiss the appeal, this appeal will be reinstated and dismissed in accordance with the motion filed on January 23, 2019.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
        ☑ Acting individually ☐ Acting for the Court

Date: ___January 5, 2021_____